IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-801-FDW-DCK

| | |
|---|---|
| MANN+HUMMEL FILTRATION TECHNOLOGY US LLC, and MANN+HUMMEL PUROLATOR FILTERS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BS PRODUCTS LLC,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Local Counsel Eric P. Stevens on November 6, 2024.

Applicant Ryan C. Morris seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Ryan C. Morris is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: November 7, 2024

David C. Keesler
United States Magistrate Judge